UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACQUES JAAR,<br><br>        Plaintiff,<br><br>-against-<br><br>NORTHERN GENESIS ACQUISITION CORP. et al.,<br><br>        Defendants. | Case No. 1:24-cv-02155 (JLR)<br><br>**ORDER REGARDING NOTICE TO PURPORTED PLAINTIFF CLASS MEMBERS** |

JENNIFER L. ROCHON, United States District Judge:

  On March 22, 2024, Plaintiff filed a class action lawsuit on behalf of a class of public stockholders of Northern Genesis Acquisition Corp. ECF No. 1 ("Compl."), ¶ 109. The Complaint alleges violations of Sections 10(b), 14(a), and 20(a) of the Securities Exchange Act of 1934 and Rules 10b-5 and 14a-9 promulgated thereunder.

  Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

  IT IS HEREBY ORDERED that **no later than May 10, 2024**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

Dated: May 7, 2024
     New York, New York

                       SO ORDERED.

                       *Jennifer Rochon*
                       JENNIFER L. ROCHON
                       United States District Judge