The request is GRANTED. The Court adopts the amended schedule as proposed below.

Dated: August 14, 2024
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

August 14, 2024

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Jaar v. Northern Genesis Acquisition Corp. et. al.*
                No. 24-cv-02155 (JLR)

Dear Judge Rochon:

    We represent Lead Plaintiff Alex Bouchard-A ("Lead Plaintiff") in this securities class action. Pursuant to Rule 1.F of the Court's Individual Rules of Practice in Civil Cases, we write to request a one-week extension of time to Lead Plaintiff's deadline to file an amended complaint in this case, until August 27, 2024. This is Lead Plaintiff's first request for an extension of time in this case. Counsel for Defendants Northern Genesis Acquisition Corp. and Michael Hoffman have agreed to this extension, and we jointly propose the following amended schedule to reflect its impact:

- Lead Plaintiff shall file an amended complaint on or before August 27, 2024 (current deadline: August 20, 2024).

- Defendants Northern Genesis Acquisition Corp. and Michael Hoffman shall either answer the amended complaint or file dispositive motion(s) on or before October 25, 2024 (current deadline: October 11, 2024).

- If Defendants Northern Genesis Acquisition Corp. and Michael Hoffman file dispositive motion(s), Lead Plaintiff shall file his opposition(s) on or before December 6, 2024 (current deadline: November 20, 2024).

- If Defendants Northern Genesis Acquisition Corp. and Michael Hoffman file dispositive motion(s), they shall file their repl(ies) in further support of their motion on or before January 6, 2025 (current deadline: December 20, 2024).

    We appreciate the Court's attention to this letter-motion.

Respectfully submitted,

| **THE ROSEN LAW FIRM, P.A.** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
|---|---|
| */s/ Jacob A. Goldberg* | */s/ Jay A. Dubow* |
| Jacob A. Goldberg | Jay A. Dubow, admitted *pro hac vice* |
| Leah Heifetz-Li | 3000 Two Logan Square |
| 101 Greenwood Avenue | Eighteenth and Arch Streets |
| Suite 440 | Philadelphia, PA 19103 |
| Jenkintown, PA 19046 | Telephone: (215) 981-4000 |
| Telephone: (215) 600-2917 | jay.dubow@troutman.com |
| jgoldberg@rosenlegal.com | |
| lheifetz@rosenlegal.com | Mary M. Weeks |
| *Attorneys for Lead Plaintiff* | 600 Peachtree Street, N.E., Suite 3000 |
| | Atlanta, GA 30308 |
| | Telephone: (404) 885-3634 |
| | mary.weeks@troutman.com |
| | |
| | *Attorneys for Defendants Northern Genesis Acquisition Corp. and Michael Hoffman* |