## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACQUES JAAR, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>NORTHERN GENESIS ACQUISITION CORP., IAN ROBERTSON, PAUL DALGLISH, MICHAEL HOFFMAN, KEN MANGET, BRAD SPARKES, ROBERT SCHAEFER, THE LION ELECTRIC COMPANY, MARC BEDARD, and NICOLAS BRUNET,<br><br>                Defendants. | Civil Action No. 1:24-cv-02155-JLR<br><br>Judge Jennifer L. Rochon |

### SUGGESTION OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS

**PLEASE TAKE NOTICE** that, on **December 18, 2024**, The Lion Electric Company, in its capacity as the duly-appointed foreign representative (the "Foreign Representative") for itself , defendant Northern Genesis Acquisition Corp. (together with the Foreign Representative, the "Debtor Defendants"), and each of the other debtors (collectively, the "Debtors") [1] that are the subject of a proceeding (collectively, the "Canadian Proceeding") commenced before the Superior Court of Québec (Commercial Division) (the "Canadian Court") on December 17, 2024 pursuant to the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36 (as amended, the "CCAA"), filed voluntary petitions for itself and each of the other Debtors, under chapter 15 of title 11 of the

---

[1]    The Debtors, together with the last four digits of their business number or employment identification number, as applicable, are:  The Lion Electric Company (6310); Lion Electric Finance Canada Inc. (8102); Lion Electric Vehicles Finance Canada Inc. (7415); Lion Electric Holding USA Inc. (0699); Northern Genesis Acquisition Corp. (7939); The Lion Electric Co. USA Inc. (9919); Lion Electric Manufacturing USA, Inc. (0766); and Lion Electric Finance USA, Inc. (4755).

United States Code, 11 U.S.C. §§ 101 *et seq* (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court"), seeking recognition of the Canadian Proceeding in the United States.  The Debtors' chapter 15 bankruptcy cases are jointly administered in the Bankruptcy Court under Case No. 24-18898 (the "Chapter 15 Case").  A copy of each of the Debtor Defendants' chapter 15 petitions is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, on January 21, 2025, the Bankruptcy Court entered the *Order (I) Recognizing Foreign Main Proceeding, (II) Recognizing Foreign Representative, (III) Recognizing Initial Order, Amended and Restated Initial Order, and SISP Order, and (IV) Granting Related Relief* (*see* Chapter 15 Case, Docket No. 52) (the "Recognition Order"), a true and correct copy of which is attached hereto as **Exhibit B**.  Among other things, the Recognition Order provides that the Debtors and the Foreign Representative are granted all of the relief set forth in section 1520 of the Bankruptcy Code including, without limitation, the application of the protection afforded by the automatic stay under section 362(a) of the Bankruptcy Code to the Debtors and to the Debtors' property that is now within or in the future is located within the territorial jurisdiction of the United States.

PLEASE TAKE FURTHER NOTICE that, pursuant to sections 1520 and 362(a) of the Bankruptcy Code, the entry of the Recognition Order gives rise to a stay of, among other things:  (a) the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtor Defendants (i) that was or could have been commenced before the commencement of the Chapter 15 Case or (ii) to recover a claim against the Debtor Defendants that arose before the commencement of the Chapter 15 Case; (b) the enforcement against the Debtor Defendants or against any property of each of the Debtor Defendant's bankruptcy estate of

a judgment obtained prior to the commencement of the Chapter 15 Case; and (c) any act to obtain possession of property of or from each of the Debtor Defendants' bankruptcy estate, or to exercise control over property of each of the Debtor Defendants' bankruptcy estate. No order has been entered in the Chapter 15 Case granting relief from the automatic stay with respect to the above-captioned action.

PLEASE TAKE FURTHER NOTICE that additional information regarding the Canadian Proceeding and the Chapter 15 Case may be obtained on the website of the monitor appointed in the Canadian Proceeding, at https://www.insolvencies.deloitte.ca/lionelectric.

Dated:  January 23, 2025

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Mary M. Weeks*
Mary M. Weeks
Bianca N. DiBella (admitted *pro hac vice*)
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30062
Telephone: (404) 885-3000
mary.weeks@troutman.com
bianca.dibella@troutman.com

Jay A. Dubow (admitted *pro hac vice*)
Erica Dressler Hall (admitted *pro hac vice*)
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
jay.dubow@troutman.com
erica.dressler@troutman.com

*Counsel for Defendants Northern Genesis*
*Acquisition Corp. and Michael Hoffman*