UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACQUES JAAR, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    -against-<br><br>NORTHERN GENESIS ACQUISITION CORP., IAN ROBERTSON, PAUL DALGLISH, MICHAEL HOFFMAN, KEN MANGET, BRAD SPARKES, ROBERT SCHAEFER, THE LION ELECTRIC COMPANY, MARC BEDARD, and NICOLAS BRUNET,<br><br>      Defendants. | Case No. 1:24-cv-02155 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  On January 23, 2025 Defendants filed a suggestion of bankruptcy. Dkt. 55. The case is stayed as against Northern Genesis Acquisition Corp. and The Lion Electric Co., pending resolution of the bankruptcy proceeding or other order by the Bankruptcy Court. *See* 11 U.S.C. § 362. Defendants Northern Genesis Acquisition Corp. and The Lion Electric Co. shall file a status letter regarding the bankruptcy proceedings on April 24, 2025, and every 90 days thereafter.

  The case will proceed as to all other Defendants.

Dated: January 24, 2025
   New York, New York

                  SO ORDERED.

                  *Jennifer Rochon*
                  JENNIFER L. ROCHON
                  United States District Judge