UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX BOUCHARD-A, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORTHERN GENESIS ACQUISITION CORP., IAN ROBERTSON, PAUL DALGLISH, MICHAEL HOFFMAN, KEN MANGET, BRAD SPARKES, ROBERT SCHAEFER, THE LION ELECTRIC COMPANY, MARC BEDARD, and NICOLAS BRUNET,<br><br>Defendants. | Case No.: 1:24-cv-02155-JLR |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Lead Plaintiff Alex Bouchard-A, through his counsel, hereby voluntarily dismisses this action against all defendants as to all claims, without prejudice. No Defendant has either answered the complaint or filed a motion for summary judgment. Plaintiff represents that the parties have conferred and agreed that each shall bear their own fees and costs.

Dated: November 19, 2025

**THE ROSEN LAW FIRM, P.A.**
/s/ *Jacob A. Goldberg*
Jacob A. Goldberg
Leah Heifetz-Li
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com
Email: lheifetz@rosenlegal.com

1